*Roe, for appellant.*

---

## CHARLES FORSTON *v.* MARTHA FORSTON.

**Divorce—Limitation of Action For.**

Where, by a petition it is shown, that, abandonment without cohabitation, was not within the limit of one year, it is not an available error that costs were awarded against him.

**Same.**

After the discovery later of the defect in pleading, it should have been amended to conform to proof of the abandonment.

APPEAL FROM WOODFORD CIRCUIT COURT.

September 20 1870.

OPINION OF THE COURT BY JUDGE PETERS:

By the imperative language of the statute to entitle appellant to a divorce from appellee, the abandonment on her part must have been for the space of one year without cohabitation. 2 R. S., 17.

The doctrine on the subject of condonation does not apply to this case, as the relief can only be granted on the terms prescribed by the statute. As at the time of the trial of the suit appellant was not entitled to the relief he sought, by reason of the want of sufficient allegations, it is not an available error that costs were awarded against him. If appellant had amended his petition after one year had expired from the last abandonment, which was in August, 1868, and charged the abandonment on her part then to have been over one year, without cohabitation, there is no reason appearing in the record which should have defeated him in his suit. But as he failed to amend, and the dismissal of his suit on the grounds stated in the judgment will not bar a subsequent suit for a divorce, the judgment must be affirmed.

*Porter & Greathouse, for appellant.*
*Turner & Twyman, for appellee.*